| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

STEVEN M. HUNTER, §
§
       Petitioner, §
§
versus § CIVIL ACTION NO. 1:19-CV-115
§
UNITED STATES PAROLE COMMISSION, §
§
       Respondent. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Steven M. Hunter, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of mandamus pursuant to 28 U.S.C. § 1651.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing the petition as moot.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge (#34) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 9th day of January, 2020.

                                           _____
                                                        MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE